■ Frances Isaacson, Appellant, v Beau Label Corp. et al., Respondents. — Appeal from an order of the Supreme Court, Kings County, dated March 20, 1980, dismissed as academic. That order was superseded by a further order of the same court, dated May 14, 1980, which, upon reargument, adhered to the original determination. Order dated May 14, 1980 affirmed insofar as appealed from. No opinion. Respondents are awarded one bill of $50 costs and disbursements. Margett, J.P., O'Connor, Weinstein and Thompson, JJ., concur.